**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:06CR367 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FREDERICO RIVAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Frederico Rivas (Rivas) to modify the conditions of his release (Filing No. 26). Rivas was released to participate in a long-term NOVA treatment whenever space became available (Filing No. 23). Since it is now been determined that Rivas can participate in the NOVA's 60 day treatment program, Rivas' motion to modify the release order (Filing No. 26) is granted. Rivas may be released to participate in NOVA's 60 day substance abuse treatment program whenever such space becomes available, and Pretrial Services shall notify the U.S. Marshal when such space is available.

**IT IS SO ORDERED.**

DATED this 6th day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge