## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR367 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FEDERICO RIVAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to file objections to the PSR out of time (Filing No. 56). For the reasons stated in the motion, the Defendant's motion is granted. The Defendant's objections will be considered, and amended tentative findings will be issued.

IT IS ORDERED that the Defendant's motion to file objections to the PSR out of time (Filing No. 56) is granted.

DATED this 12th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge